UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80030-Cr-Dimitrouleas/Matthewson

UNITED STATES OF AMERICA

vs.

PHILLIP BRAUN,
    a/k/a "PJ,"
AARON SINGERMAN,
ROBERT DIMAGGIO,
ANTHONY VENTRELLA
    a/k/a, "Joey,"
JAMES BOCCUZZI,
DAVID WINSAUER,
BLACKSTONE LABS, LLC,
and
VENTECH LABS, LLC,

                     Defendants.
_____ /

## UNITED STATES' MOTION TO UNSEAL
## EX PARTE RESTRAINING ORDER MATERIALS

The United States of America, through the undersigned Assistant United States Attorney, respectfully files this motion to unseal its *Ex Parte* Application for Restraining Order Pursuant to 21 U.S.C. § 853(E) Pertaining to Assets Subject to Criminal Forfeiture, the resulting *Ex Parte* Restraining Order, the United States' Motion to Seal, and the resulting Order to Seal as the Defendants have now been arrested.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *s/Daren Grove*
_____
Daren Grove (Court No. A5501243)
Assistant United States Attorney
E-mail: daren.grove@usdoj.gov
500 E. Broward Boulevard, Suite 812
Fort Lauderdale, Florida 33394
Telephone: 954.660.5774
Facsimile:   954.356.7180

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/Daren Grove*
_____
Daren Grove
Assistant United States Attorney