UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80030-Cr-Dimitrouleas/Matthewson

UNITED STATES OF AMERICA

vs.

PHILLIP BRAUN,
    a/k/a "PJ,"
AARON SINGERMAN,
ROBERT DIMAGGIO,
ANTHONY VENTRELLA
    a/k/a, "Joey,"
JAMES BOCCUZZI,
DAVID WINSAUER,
BLACKSTONE LABS, LLC,
and
VENTECH LABS, LLC,

                  Defendants.
_____/

## ORDER TO UNSEAL GOVERNMENT'S MOTION TO UNSEAL
## EX PARTE RESTRAINING ORDER MATERIALS

THIS CAUSE came before this Court on the United States' Motion to Unseal *Ex Parte* Restraining Order Materials. The Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the United States' Motion to Unseal *Ex Parte* Restraining Order Materials is **GRANTED**;

The Clerk of the Court shall unseal the United States' *Ex Parte* Application for Restraining Order Pursuant to 21 U.S.C. § 853(E) Pertaining to Assets Subject to Criminal Forfeiture, the resulting *Ex Parte* Restraining Order, the United States' Motion to Seal, and the resulting Order to Seal filed in this case.

**DONE AND ORDERED** in chambers at Fort Lauderdale, Florida, this 20 day of May 2019.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE