UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80030-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs.

PHILLIP BRAUN,
AARON SINGERMAN,
ANTHONY VENTRELLA,
JAMES BOCCUZZI,
BLACKSTONE LABS, LLC, and
VENTECH LABS, LLC,

   **Defendants.**
              /

## NOTICE OF INTENT TO UTILIZE CONTENTS OF MR. WINSAUER'S PHONE AT TRIAL

The United States, by and through undersigned counsel, hereby informs the Court and defense of the following:

In the Government's Response to Defendant Winsauer's Motion to Suppress Contents of Defendant's Cell Phone, Docket No. 222, ECF No. 275 ("Government's Response"), the government responded to a motion to suppress the contents of Mr. Winsauer's phone on 4th Amendment grounds. In that motion, the government stated that "the government has determined that it will not present evidence seized from defendant Winsauer's phone in its case-in-chief *against defendant Winsauer at trial*" (emphasis added). Government's Response at 2. The Court subsequently denied Mr. Winsauer's motion as moot. Order, ECF No. 289.

Yesterday, September 2, 2021, Mr. Winsauer entered a guilty plea and resolved his matter short of trial. Even setting aside the cooperation aspects of Mr. Winsauer's plea

agreement, the remaining defendants lack standing under the Fourth Amendment to seek the suppression of the contents of Mr. Winsauer's phone at *their* trial. Defendants "may only claim the benefits of the exclusionary rule if *their own* Fourth Amendment rights have in fact been violated." *United States v. Salvucci*, 448 U.S. 83, 85 (1980) (emphasis added).

Given these developments, the government does intend to introduce relevant evidence from Mr. Winsauer's phone at the trial of the remaining defendants in this matter. The seized contents of his phone were provided in discovery to all defendants in May 2019, well before the filing of Mr. Winsauer's motion to suppress.

WHEREFORE, the Government respectfully requests that the Court and defendants take notice of the above.

                                          Respectfully submitted,

                                          Juan Antonio Gonzalez
                                          ACTING UNITED STATES ATTORNEY

                                          GUSTAV W. EYLER
                                          DIRECTOR
                                          U.S. DEPARTMENT OF JUSTICE
                                          CONSUMER PROTECTION BRANCH

                                                */s/ Stephen J. Gripkey*
             By:    STEPHEN J. GRIPKEY
                     Court ID A5502620
                     U.S. Department of Justice
                     Consumer Protection Branch
                     450 Fifth Street, NW Suite 6400-South
                     Washington, DC 20001
                     Stephen.Gripkey@usdoj.gov
                     (202) 307-0048