## CORPORATE RESOLUTION OF A JOINT MEETING
## OF VENTECH LABS, LLC

This special meeting of VENTECH LABS, LLC, a Florida limited liability company was called to order on the 10th of September, 2021 by Anthony Ventrella, Managing Member of the above-named company.

The Managing Member and majority holder of the interest in the company, Anthony Ventrella, then made the following resolution:

Anthony Ventrella is authorized to enter a plea of guilty to Count 1 of the indictment on behalf of Ventech Labs, LLC in the United States District Court for the Southern District of Florida in connection with the case of <u>United States of America v. Ventech Labs, LLC</u>, case number 19-80030-CR.

This resolution is adopted this day and shall remain in full force and effect until the termination of the above-captioned case.

**VENTECH LABS, LLC,**
a Florida Limited Liability Company

By: _____
Anthony Ventrella,
Managing Member

STATE OF FLORIDA         )
COUNTY OF PALM BEACH  )

Subscribed and sworn to before me this 16th day of September, 2021, by Anthony Ventrella who is ✓ personally known to me; or ___ produced a driver's license as identification: _____.

_____
PUBLIC NOTARY

ROBERT L. SHEARIN
Commission # HH 099789
Expires April 3, 2025
Bonded Thru Budget Notary Services